TERESA M. KONDRAT ET AL. *v.* TOWN OF
BROOKFIELD ET AL.

KENNETH M. CURTIN, ADMINISTRATOR (ESTATE
OF ROSANNE CURTIN), ET AL. *v.* TOWN OF
BROOKFIELD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 97 Conn. App. 31 (AC 26625), is denied.

*William M. Bloss*, in support of the petition.

*Michael C. Deakin*, in opposition.

Decided October 10, 2006

TERESA M. KONDRAT ET AL. *v.* TOWN OF
BROOKFIELD ET AL.

KENNETH M. CURTIN, ADMINISTRATOR (ESTATE
OF ROSANNE CURTIN), ET AL. *v.* TOWN OF
BROOKFIELD ET AL.

The cross petition by the defendant Joseph H. Austin, Jr., for certification for appeal from the Appellate Court, 97 Conn. App. 31 (AC 26625), is denied.

*Michael C. Deakin*, in support of the cross petition.

*Cynthia C. Bott* and *William M. Bloss*, in opposition.

Decided October 10, 2006

DAVID P. TAYLOR *v.* COMMISSIONER OF
CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 94 Conn. App. 772 (AC 26158), is granted, limited to the following issue:

"Did the Appellate Court properly remand the case to the habeas court for a finding of whether cause and